In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00166-CV

_____

IN RE HERCULES TIRE AND RUBBER COMPANY, INC.

_____

Original Proceeding

_____

MEMORANDUM OPINION

A mandamus petition filed by Hercules Tire and Rubber Company, Inc. asks this Court to compel the 60th District Court of Jefferson County, Texas, to vacate its order of April 8, 2014. The trial court ordered Relator to present a non-resident, former employee fact witness for a deposition in Texas on April 11, 2014. We stayed the trial court's order and requested responses from the real parties in interest. *See* Tex. R. App. P. 52.08(b)(1); 52.10(b). Lloyd Gillespie filed a motion to dismiss the mandamus proceeding as moot and requested sanctions. *See* Tex. R. App. P. 52.11.

On April 14, 2014, Relator filed a motion to dismiss this mandamus proceeding. The trial court vacated its April 2014 order after we received the mandamus petition and the response. We dissolve our temporary order, deny the motion to impose sanctions, and grant the motion to dismiss. The original proceeding is dismissed without reference to the merits.

PETITION DISMISSED.

PER CURIAM

Opinion Delivered May 1, 2014

Before Kreger, Horton, and Johnson, JJ.